Mary Ellen Richardson
20-00255

FILED
WILKES-BARRE
2020 FEB 19 PM 12:12
CLERK U.S. BANKRUPTCY COURT

① Country Door
1112 7th Ave
Monroe WI 53566

② Credit One Bank
P.O Box 98872
Las Vegas NV 89193

③ Continental Finance Company
4550 New Linden Hill Road 400
Wilmington DE 19808

④ First Premier Bank
3820 N Louise Ave
Sioux Falls SD 57107

⑤ Select Portfolio Servicing
P.O Box 65250
Salt Lake City UT 84165

Case 5:20-bk-00255-RNO  Doc 13  Filed 02/19/20  Entered 02/20/20 10:09:28  Desc
Main Document  Page 1 of 1