```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00255-RNO
Mary Ellen Richardson                                               Chapter 13
         Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 13, 2020
                              Form ID: ntnew341        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db            +Mary Ellen Richardson,    1606 Roosevelt Ave.,    Dunmore, PA 18512-2227
5303318       +Continental Finance Company,    4550 New Linden Hill Rd,    Ste 400,    Wilmington, DE 19808-2952
5303319       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5303316       +E-mail/Text: bankruptcy@sccompanies.com Mar 13 2020 19:25:39      Country Door,
               1112 7th Avenue,    Monroe, WI 53566-1364
5303317       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 13 2020 19:32:33      Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
5303320       +E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2020 19:25:38
               Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mary Ellen Richardson,
**Debtor 1**

Chapter 13

Case No. 5:20−bk−00255−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: April 6, 2020 <br> Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristinaKovach, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 13, 2020

ntnew341 (04/18)