```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 20-00255-RNO
Mary Ellen Richardson                                               Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 1              Date Rcvd: Mar 27, 2020
                              Form ID: ntnew341          Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
```
db            +Mary Ellen Richardson,    1606 Roosevelt Ave.,    Dunmore, PA 18512-2227
5303318       +Continental Finance Company,    4550 New Linden Hill Rd,   Ste 400,   Wilmington, DE 19808-2952
5303319       +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5303316       +E-mail/Text: bankruptcy@sccompanies.com Mar 27 2020 18:55:47      Country Door,
                1112 7th Avenue,    Monroe, WI 53566-1364
5315129       +E-mail/Text: bankruptcy@sccompanies.com Mar 27 2020 18:55:47      Country Door,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
5303317       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 27 2020 19:05:48      Credit One Bank,
                PO Box 98872,   Las Vegas, NV 89193-8872
5315460        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2020 19:05:49      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5314441       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 27 2020 18:55:40      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
5314262        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2020 18:55:35
                Quantum3 Group LLC as agent for,    MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
5314261        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2020 18:55:36
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
5303320       +E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2020 18:55:46
                Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
5315096        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 19:06:00      Verizon,
                by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
                bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mary Ellen Richardson,  
    **Debtor 1**

Chapter     13

Case No.     5:20–bk–00255–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: April 20, 2020<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**  
Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes–Barre, PA 18701  
(570) 831–2500  

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: ChristinaKovach, Deputy Clerk  

Date: March 27, 2020

ntnew341 (04/18)