```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00255-RNO
Mary Ellen Richardson                                           Chapter 13
         Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke           Page 1 of 1            Date Rcvd: Apr 01, 2020
                              Form ID: pdf010           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             +Mary Ellen Richardson,    1606 Roosevelt Ave.,    Dunmore, PA 18512-2227
5303318        +Continental Finance Company,    4550 New Linden Hill Rd,    Ste 400,    Wilmington, DE 19808-2952
5303319        +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5303316        +E-mail/Text: bankruptcy@sccompanies.com Apr 01 2020 19:38:01     Country Door,
                 1112 7th Avenue,    Monroe, WI 53566-1364
5315129        +E-mail/Text: bankruptcy@sccompanies.com Apr 01 2020 19:38:01     Country Door,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5303317        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 01 2020 19:38:41     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5315460         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2020 19:39:30     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5314441        +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 01 2020 19:37:53     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5314262         E-mail/Text: bnc-quantum@quantum3group.com Apr 01 2020 19:37:46
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
5314261         E-mail/Text: bnc-quantum@quantum3group.com Apr 01 2020 19:37:46
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
5303320        +E-mail/Text: jennifer.chacon@spservicing.com Apr 01 2020 19:38:01
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
5315096         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2020 19:38:43     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
                bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY ELLEN RICHARDSON
THE RUSTY NAIL

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 5-20-00255-RNO

vs.

MARY ELLEN RICHARDSON
THE RUSTY NAIL

MOTION TO DISMISS WITH PREJUDICE

Respondent(s)

### ORDER

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to File Documents (Plan, 122C-1 and 122C-2), after hearing held on April 1, 2020, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.

Dated: April 1, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  (BI)